John and Anna Prusak, Respondents, v. John Hancock Mutual Life Insurance Company, Appellant.— Order of the City Court of Yonkers vacating notice of examination of plaintiffs before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

The People of the State of New York, Respondent, v. John T. Bailey, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of violating section 1990-a of the Penal Law (loitering on certain railway property) unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

The People of the State of New York, Respondent, v. Anthony Montrone, Appellant.— Judgment of the County Court of Nassau County convicting defendant of the crime of robbery in the first degree upon his plea of guilty, and order denying defendant's motion for permission to change his plea to "not guilty," unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

The People of the State of New York, Respondent, v. James G. Moore, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of violating section 70, subdivision 5, of the Vehicle and Traffic Law (operating a motor vehicle while intoxicated), unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.